**SETH P. CHAZIN (CA SBN 133777)**
**Attorney at Law**
**LAW OFFICES OF SETH P. CHAZIN**
**1164 Solano Ave**
**Albany, CA 94706**
**Telephone: (510) 507-8100**
**Facsimile: (510) 525-0087**
**Email:  sethpchazin@gmail.com**


**Attorney for Defendant**
**AIDAN PATRICK WORLEY**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **No.  4:25-cr-00103-001 JSW** |
| ) | |
| **Plaintiff,** ) | **DEFENDANT AIDAN WORLEY'S REPLY** |
| ) | **TO GOVERNMENT'S SUPPLEMENTAL** |
| **vs.** ) | **SENTENCING MEMORANDUM** |
| ) | |
| **AIDAN PATRICK WORLEY,** ) | |
| ) | **Date: June 9, 2026** |
| **Defendant.** ) | **Time: 1:00 p.m.** |
| ) | **Judge: Hon. Jeffrey S. White** |
| ) | |

Defendant Aidan Worley hereby submits this brief reply to the government's Supplemental Sentencing Memorandum. The Government reiterates its request that the court impose a 120-month sentence arguing that the offense calls for "a significant custodial sentence." *Government's Supplemental Sentencing Memorandum, p.1.*

We submit that a sentence of 5 years in prison, as previously requested by Mr. Worley, is a more than significant custodial sentence when considering the facts and circumstances of this particular case.  A 5-year prison sentence <u>more</u> than satisfies the requirements for sentencing as set forth in 18 USC section 3553 (a) in that 5 years in prison is a <u>very</u> significant period of incarceration for such a young man, especially for Mr. Worley who has experienced such a tremendous amount and great

degree of sexual, physical and emotional abuse at the hands of so many.  Additionally, as shown by his cooperative, responsible and serious attitude and actions in response to his arrest almost 4 years ago, there is no need to impose a longer sentence to act as a deterrent to Mr. Worley to not engage in similar offense conduct in the future. Mr. Worley has been entirely cooperative and law abiding since his release from custody in August 2022 and has not had a single violation of his pre-trial release. Mr. Worley's attitude and actions attest to the seriousness upon which Mr. Worley has responded to this matter, even before charges were actually filed.

As for the need for the sentence to reflect the seriousness of the offense and to act as a deterrent to others who are similarly situated, it is submitted that 5 years in prison for a person in their early 20s is more than sufficient to achieve those goals. In support of this argument, we again ask the court to recognize the fact that the sentencing guidelines for this type of offense have been widely recognized as excessive to begin with. *See Defendant Aidan Worley's Sentencing Memorandum, p. 17*. We also ask the Court to once again refer to the evidence previously presented to the Court regarding the lack of full neuropsychological development in a young man of 20 years old, as is the case with Mr. Worley when he committed the offense. See *Defendant Aidan Worley's Sentencing Memorandum, pp. 24-39.*

In light of all the above factors, as well as all of the evidence and arguments presented in Mr. Worley's Sentencing Memorandum previously filed with the court, we respectfully ask the court to reject the Government's request for the maximum possible sentence under the plea agreement and instead limit Mr. Worley sentence to 5 years in prison, a significant prison sentence that will have a lifetime of impact upon him.

**Dated: June 8, 2026.**                    **Respectfully submitted,**

                                                    **/s/**
                                            **SETH P. CHAZIN**
                                            **Attorney for Defendant AIDAN WORLEY**

DEFENDANT AIDAN WORLEY'S REPLY TO GOVERNMENT'S SENTENCING MEMORANDUM