UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTE ORDER**

**DATE**: June 9, 2026                                     **TIME IN COURT**: 54 Minutes

**JUDGE**:  JEFFREY S. WHITE

**COURTROOM DEPUTY**: Nicole Hall               **COURT REPORTER**: Stephen Franklin
                                                                                      appearing through Zoom.

**CASE NO.**:  25-cr-00103-JSW-1

**TITLE**:  United States of America              v.      Aidan Patrick Worley
                                                                        ☒ **Present**    ☐ **Not Present**    ☐ **In-Custody**

**U.S. ATTORNEY**:                                        **DEFENSE COUNSEL**:
Evan Mateer                                                   Joyce Leavitt

**USPO**:
Khaminh Huynh

**PROCEEDINGS**

**RESULT OF HEARING**:  Change of Plea and Sentencing Hearing – HELD.
**Change of Plea Hearing:** The plea agreement is signed and filed in court.  The defendant, having previously been sworn and advised pursuant to the change of plea colloquy, knowing and voluntarily agrees to the revised terms and conditions of the plea agreement, as stated on the record. The court finds the defendant to be fully competent and capable of entering into an informed plea. The court finds a factual basis for the plea.  The defendant enters a plea of guilty as to Count One of the Information.  The plea is accepted by the court.  The defendant is adjudged guilty of the offense.
**Sentencing Hearing:** The parties proffered argument regarding the applicable Sentencing guideline range pursuant to the newly revised plea agreement. Victim No. 1 addressed the Court and read a victim impact statement. The defendant addressed the Court.

The defendant is committed to the custody of the Bureau of Prisons for a term of 120 months; 10 years of supervised release with all standard and special conditions as stated on the record; $100 special assessment; fined waived. The Government moved for the immediate remand of the defendant. The Government's oral motion for immediate remand is GRANTED. Defendant is remanded into the custody of the U.S. Marshal. The determination of Restitution is deferred to a future date, to allow the parties to consult with the victims and evaluate and appropriate resolution of the restitution claims.

Case Continued to August 11, 2026, at 1:00pm, in Courtroom 5, on the 2nd floor, for Status Conference re Restitution. Joint Status Report/ Restitution Memoranda due by August 4, 2026.